462

## WEBSTER v. UNITED STATES.
### No. 7662.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1937.

Thos. N. Hazelip, of Louisville, Ky., for appellant.

Bunk Gardner, of Louisville, Ky., for the United States.

Before SIMONS and ALLEN, Circuit Judges, and NEVIN, District Judge.

PER CURIAM.

The court being of the opinion that inspection by the Post Office Department of an unsealed package not having upon it stamps sufficient to qualify it as first class mail was not an invasion of appellant's immunity from unreasonable search and seizure, and, finding no prejudicial error in the trial, it is ordered that the judgment below be, and it is hereby, affirmed.